IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plainitff/Respondent,

v.                                                        Civ. No. 11-149 BB/ACT
                                                         Cr. No.  09-0860 JP

JIMMIE LARGO,

    Defendant/Movant

ORDER

THIS MATTER comes before the Court on the Magistrate Judge's Report and Recommendation [Doc. 28] and the United States having filed objections [Doc. 29] thereto, the Court has conducted a *de novo* review of the record. The Defendant/Movant did not submit objections. The United States objects to the sequence of events as stated in ¶¶ 3-4 of the Magistrate Judge's Report and Recommendation, but does not otherwise object to the conclusions of the Magistrate Judge's Report and Recommendation. The Court finds that the objections are not material and that the Magistrate Judge's Report and Recommendation will be adopted by the Court.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation [Doc. 28] is adopted by the Court and this case is dismissed with prejudice.

IT IS SO ORDERED.

_____
James A. Parker
Senior United States District Judge